AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| International Painters and Allied Trades Industry Pension Fund, et al. | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. ELH-12-1125 |
| Libmak Company, LLC | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Libmak Company, LLC
d/b/a Libmak Co. LLC
d/b/a Libmak Company, Inc.
1132 Timber Drive
Blakeslee, PA 18610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Judith A. Sznyter
Jennings Sigmond P.C.
Penn Mutual Towers 16F
510 Walnut Steet
Philadelphia, PA 19106  (215)351-0674

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FELICIA C. CANNON
*CLERK OF COURT*

Date: 4/13/2012

Re: Libmak

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LIBMAK COMPANY, LLC__
was received by me on *(date)* __6/1/12__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __MELODY RODRIQUEZ__, who is
designated by law to accept service of process on behalf of *(name of organization)* __LIBMAK COMPANY, LLC__
__(OWNER OF COMPANY)__ on *(date)* __6/4/12__ ; or
__1132 Timber Dr. Blakeslee PA 18610__

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __6/5/12__

_____
Server's signature

__DON ERNST – LICENSED PRIVATE INVESTIGATOR__
Printed name and title

__RD2 BOX 2279, SAYLORSBURG, PA. 18353__
Server's address

Additional information regarding attempted service, etc:

Sworn Before me on 6 June 2012

Linda Counterman Ernst

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda Counterman Ernst, Notary Public
Chestnuthill Twp., Monroe County
My Commission Expires April 8, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES