IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.*, <br><br>   *Plaintiffs*,<br><br>v.<br><br>LIBMAK COMPANY, LLC,<br><br>   *Defendant*. | Civil Action No. ELH-12-1125 |

## ORDER OF JUDGMENT

For the reasons stated in the accompanying Memorandum and in the Report and Recommendation submitted on October 31, 2012 by United States Magistrate Judge Paul W. Grimm (ECF 10), it is, this 27th day of November, 2012, by the United States District Court for the District of Maryland, ORDERED:

1. The Report and Recommendation of Judge Grimm (ECF 10) is ADOPTED;

2. The Motion for Judgment by Default (ECF 8) filed by Plaintiffs International Painters and Allied Trades Industry Pension Fund; Gary J. Meyers; Political Action Together Fund; Finishing Trades Institute f/k/a International Union of Painters and Allied Trades Joint Apprenticeship and Training Fund; and the Painters and Allied Trade Labor Management Cooperation Initiative filed as to Defendant Libmak Company, LLC, is GRANTED;

3. The Clerk is directed to ENTER JUDGMENT in favor of plaintiffs and against defendant Libmak Company, LLC, in the total amount of $77,551.01, as shown in the table below:

| Fund | Contributions | Interest | Liquidated Damages | Audit Costs | Attorneys' Fees & Costs | TOTAL |
|---|---|---|---|---|---|---|
| Pension Fund | $ 26,652.00 | $ 1,771.32 | $ 5,330.40 | $ 805.10 | $ 6,485.06 | $ 41,043.88 |
| Annuity Plan | $ 26,981.77 | $ 1,886.20 | $ 5,396.35 | $ 278.26 | - | $ 34,542.58 |
| FTI | $ 561.70 | $ 44.86 | $ 44.86 | $ 3.43 | - | $ 654.85 |
| LMCI | $ 561.70 | $ 44.86 | $ 44.86 | $ 3.43 | - | $ 654.85 |
| PAT | $ 561.70 | $ 44.86 | $ 44.86 | $ 3.43 | - | $ 654.85 |
| TOTAL | $ 55,318.87 | $ 3,792.10 | $ 10,861.33 | $ 1,093.65 | $ 6,485.06 | **$ 77,551.01** |

4. The awards of contributions and liquidated damages represent unpaid contributions and liquidated damages for the period January 2008 through February 2012.

5. The award of attorneys' fees and costs represents fees and costs incurred in the prosecution of this action through the date of August 21, 2012.

6. The amount of the judgment is inclusive of attorneys' fees and costs, and shall accrue post-judgment interest as prescribed by 28 U.S.C. § 1961.

7. Defendant shall complete fully and accurately any and all outstanding remittance reports with all required information, including the name and Social Security number of each employee, the hours worked, wages paid and contributions owed for each month, and submit the reports to the ERISA Funds within twenty-one (21) days after the date that this Order is docketed.

8. The Clerk is directed to CLOSE this case.

/s/
Ellen Lipton Hollander
United States District Judge